**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-7245**

ASMAR NAFIS NEWSOME,

        Petitioner - Appellant,

     v.

J. RAY ORMOND,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:18-cv-00249-RGD-LRL)

Submitted: January 21, 2020                    Decided: January 24, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Asmar Nafis Newsome, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Asmar Nafis Newsome, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2018) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. *Newsome v. Ormond*, No. 2:18-cv-00249-RGD-LRL (E.D. Va. Aug. 15, 2019). We deny as unnecessary Newsome's motion for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1) (2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*